# Third District Court of Appeal

## State of Florida

Opinion filed April 10, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D18-1872
Lower Tribunal No. 05-12216
_____

## Phillipp Troy Moise,
Appellant,

vs.

## The State of Florida,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jose Fernandez, Judge.

Phillipp Troy Moise, in proper person.

Ashley Moody, Attorney General, for appellee.

Before SALTER, and LINDSEY, JJ., and LEBAN, Senior Judge.

PER CURIAM.

We affirm and write only to commend the trial judge on his thorough and detailed order denying defendant's verified petition for habeas corpus entered below.

Affirmed.